UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-81932-MIDDLEBROOKS

CHRISTIAN ESPINOZA,

    Plaintiff,

v.

NO PRESSURE ROOF CLEANING, LLC,
and PAUL GUITARD,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

THIS CAUSE comes before the Court upon the Parties' Motion for Court Approval of Settlement and Dismissal of Case with Prejudice ("Motion"), filed February 28, 2017. (DE 35). Plaintiff initiated this action on November 30, 2016, alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). The Parties now advise the Court that they have settled all claims in this action, in three independent settlement agreements, and move for dismissal.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where,

as here, the settlement agreement was entered into in an adversarial context, the settlement agreement is "more likely to reflect a reasonable compromise over issues." *Id.*

Upon a review of the Parties' Settlement Agreements (DE 35-1), the Court finds that the settlements are fair and reasonable arms-length resolutions of the Parties' dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion (DE 35) is **GRANTED**.

2. The Parties' Settlement Agreements (DE 35-1) are fair and reasonable and are **APPROVED**.

3. This case is **DISMISSED** with prejudice.

4. All pending motions are hereby **DENIED AS MOOT**;

5. The Clerk of Court shall **CLOSE THIS CASE**;

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 23 day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record